```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  FRED N. DAWSON, Of Counsel (SBN 43306)
    JONATHAN C. TURNER (SBN 191540)
 3  EMILY E. DORINGER (SBN 208727)
    MELINDA J. NYE (SBN 237303)
 4  813 Sixth Street. Suite 450
    Sacramento, CA  95814
 5  Telephone: (916) 441-0824

 6  Attorneys for Defendant
    KIENG PHAT LIENG
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:06-CR-0356FCD |
|---|---|
| Plaintiff, | WAIVER OF DEFENDANT'S PRESENCE |
| vs. | |
| KY CHAN HAU, SAM WANG CHAO, aka Saan Wang Sachao, and KIENG PHAT LIENG, | |
| Defendants. | |

   Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at

1 all time by the presence of his attorney, the same as if
2 defendant were personally present; and further agrees to be
3 present in person in court ready for trial on any day which the
4 Court may fix in his absence.
5 DATED:  September 8, 2006

                                        _//s//KIENG PHAT LIENG
                                        KIENG PHAT LIENG

APPROVED:


_//s// Clyde M. Blackmon
CLYDE M. BLACKMON
Attorney for Defendant
KIENG PHAT LIENG


   **IT IS SO ORDERED.**

Dated:  September 20, 2006


                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        UNITED STATES DISTRICT COURT JUDGE