1 McGREGOR W. SCOTT
United States Attorney
2 MICHAEL M. BECKWITH
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2797

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    ) 2:06-cr-0356 FCD
12              Plaintiff,           )
                                    )   STIPULATION AND ORDER
13         v.                       )   CONTINUING STATUS CONFERENCE AND
                                    )   EXCLUDING TIME
14 KIENG PHAT LIENG,                )
                                    )
15              Defendant.          )   Hon. Frank C. Damrell, Jr.
   ─────────────────────────────────)

16

17     The parties ask that the status conference currently set for

18 August 6, 2007, be continued to September 4, 2007, and stipulate

19 that the time beginning August 6, 2007, and extending through

20 September 4, 2007, should be excluded from the calculation of

21 time under the Speedy Trial Act.  The parties submit that the

22 ends of justice are served by the Court excluding such time so

23 that the counsel for each party may have reasonable time

24 necessary for effective preparation, taking into account the

25 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In

26 particular, counsel for both parties need more time to consider

27 information that may be relevant to sentencing and to negotiate

28 and prepare an appropriate disposition.  The parties stipulate

                                    1

and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:   August 6, 2007        By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


Dated:   August 6, 2006        By:/s/ Clyde M. Blackmon
                                    CLYDE m. BLACKMON
                                    Attorney for defendant

## **ORDER**

   The status conference in case number CR. S-06-356 FCD, currently set for August 6, 2007, is continued to September 4, 2007 at 10:00 a.m. and the time beginning August 6, 2007, and extending through September 4, 2007, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

   **IT IS SO ORDERED**.

DATED: August 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2