```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-06-00356-FCD |
| Plaintiff, | ) | |
| | ) | AMENDED STIPULATION AND ORDER |
| v. | ) | CONTINUING JUDGMENT AND |
| | ) | SENTENCING |
| KIENG PHAT LIENG, | ) | |
| | ) | |
| Defendant. | ) | Honorable Frank C. Damrell, Jr. |

The parties have agreed and respectfully request that the status conference re Judgment and Sentencing in case number CR S-07-00356-FCD currently set for May 11, 2009, be continued to June 15, 2009, at 10:00 a.m.

                                              Respectfully Submitted,

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

Dated: May 6, 2009                  By: /s/ Michael M. Beckwith
                                               MICHAEL M. BECKWITH
                                               Assistant U.S. Attorney

Dated: May 6, 2009                  By: /s/ Clyde M. Blackmon
                                               CLYDE M. BLACKMON
                                               Attorney for defendant
                                               KIENG PHAT LIENG

**ORDER**

The status conference re Judgment and Sentencing in case number CR. S-07-00356-FCD, currently set for May 11, 2009, is continued to June 15, 2009, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 7, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE