```
1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  JONATHAN C. TURNER (SBN 191540)
   EMILY E. DORINGER (SBN 208727)
3  813 Sixth Street. Suite 450
   Sacramento, Ca  95814
4  Telephone: (916) 441-0824

5  Attorneys for Defendant
   KIENG PHAT LIENG
6
```

7        IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | Case No.: 2:06-CR-0356FCD |
| 10          Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT |
| 11      vs. | AND SENTENCING |
| 12 KIENG PHAT LIENG, | |
| 13          Defendant. | Date:  August 3, 2009<br>Time:  10:00 A.M.<br>Judge: Frank C. Damrell, Jr. |
| 14 | |

16      The parties have agreed and respectfully request that the

17 status conference re Judgment and Sentencing in the above-

18 referenced case number currently set for August 3, 2009, be

19 continued to September 21, 2009 at 10:00 a.m.

20 IT IS SO STIPULATED.

21 DATED:    July 31, 2009

22                                  By: //s// Clyde M. Blackmon____
23                                      Michael Beckwith
                                        Assistant U.S. Attorney

24 DATED:    July 31, 2009

25                                  By: _//s// Clyde M. Blackmon___
                                        Clyde M. Blackmon
26                                      Attorney for Defendant
                                        KIENG PHAT LIENG
27

28

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT
AND SENTENCING

**ORDER**

The status conference re Judgment and Sentencing in case number CR. S-06-00356 FCD, currently set for August 3, 2009 is continued to September 21, 2009, at 10:00 a.m.

IT IS SO ORDERED.

DATED:    July 31, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE