1 | BLACKMON & ASSOCIATES
  | CLYDE M. BLACKMON (SBN 36280)
2 | JONATHAN C. TURNER (SBN 191540)
  | EMILY E. DORINGER (SBN 208727)
3 | 813 Sixth Street. Suite 450
  | Sacramento, Ca  95814
4 | Telephone: (916) 441-0824

5 | Attorneys for Defendant
  | KIENG PHAT LIENG

7 | IN THE UNITED STATES DISTRICT COURT FOR THE
8 | EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:06-CR-0356 FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| KIENG PHAT LIENG, | Date:  November 16, 2009 |
| Defendant. | Time:  10:00 A.M. |
| | Judge: Frank C. Damrell, Jr. |

The parties have agreed and respectfully request that the status conference re Judgment and Sentencing in the above-referenced case number currently set for November 16, 2009, be continued to December 14, 2009 at 10:00 a.m.

IT IS SO STIPULATED.

DATED:     November 13, 2009

By: //s// Clyde M. Blackmon____
       Michael Beckwith
       Assistant U.S. Attorney

DATED:     November 13, 2009

By: _//s// Clyde M. Blackmon___
       Clyde M. Blackmon
       Attorney for Defendant
       KIENG PHAT LIENG

- 1 -

STIPULATION AND ORDER CONTINUING JUDGMENT
AND SENTENCING

**ORDER**

The status conference re Judgment and Sentencing in case number CR. S-06-00356 FCD, currently set for November 16, 2009 is continued to December 14, 2009, at 10:00 a.m.

IT IS SO ORDERED.

DATED: November 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE