```
1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  JONATHAN C. TURNER (SBN 191540)
   EMILY E. DORINGER (SBN 208727)
3  813 Sixth Street. Suite 450
   Sacramento, Ca  95814
4  Telephone: (916) 441-0824

5  Attorneys for Defendant
   KIENG PHAT LIENG
6
```

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:06-CR-0356FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| KIENG PHAT LIENG, | |
| Defendant. | Date:  November 16, 2009<br>Time:  10:00 A.M.<br>Judge: Frank C. Damrell, Jr. |

The parties have agreed and respectfully request that the status conference re Judgment and Sentencing in the above-referenced case currently set for December 14, 2009, be continued to March 15, 2010 at 10:00 a.m.

IT IS SO STIPULATED.

DATED:     December 9, 2009

                                    By: //s// Clyde M. Blackmon____
                                        Michael Beckwith
                                        Assistant U.S. Attorney

DATED:     December 9, 2009

                                    By: _//s// Clyde M. Blackmon___
                                        Clyde M. Blackmon
                                        Attorney for Defendant
                                        KIENG PHAT LIENG

- 1 -
STIPULATION AND ORDER CONTINUING JUDGMENT
AND SENTENCING

**ORDER**

The status conference re Judgment and Sentencing in case number CR. S-06-00356 FCD, currently set for December 14, 2009 is continued to March 15, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: December 11, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND ORDER CONTINUING JUDGMENT
AND SENTENCING