```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, Ca  95814
Telephone: (916) 441-0824

Attorneys for Defendant
KIENG PHAT LIENG
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     vs.<br><br>KIENG PHAT LIENG,<br>        Defendant. | Case No.: 2:06-CR-0356 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING JUDGMENT<br>AND SENTENCING<br><br>Date:  March 15, 2010<br>Time:  10:00 A.M.<br>Judge: Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED by Kieng Phat Lieng, through his counsel Clyde M. Blackmon, and by the United States of America, through its counsel Assistant U.S. Attorney Michael Beckwith, that the status conference regarding judgment and sentencing in this case which is now scheduled for 10:00 a.m. on March 15, 2010, be continued to May 24, 2010, at 10:00 a.m.

    Mr. Lieng entered his guilty plea on October 9, 2007, and the status conference regarding judgment and sentencing has been continued numerous times in order to develop information relevant to the Court's sentencing decision.  At this time the

1  parties are requesting a further continuance of approximately 60
2  days.  However, the parties do not anticipate that any
3  additional continuances will be sought, and they expect that
4  imposition of judgment and sentencing will go forward on May 24,
5  2010.
6       Therefore, the parties request that the matter be continued
7  on the Court's calendar from March 15, 2010, to May 24, 2010, at
8  10:00 a.m.

10 DATED:    March 11, 2010

                                    By: //s// Clyde M. Blackmon for
                                        Michael Beckwith
                                        Assistant U.S. Attorney

14 DATED:    March 11, 2010
                                    By: _//s// Clyde M. Blackmon___
                                        Clyde M. Blackmon
                                        Attorney for Defendant
                                        KIENG PHAT LIENG

- 2 -
STIPULATION AND ORDER CONTINUING JUDGMENT
AND SENTENCING

**ORDER**

The status conference re Judgment and Sentencing in case number CR. S-06-00356 FCD, currently set for March 15, 2010 is continued to May 24, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: March 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE