```
1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  JONATHAN C. TURNER (SBN 191540)
   EMILY E. DORINGER (SBN 208727)
3  813 Sixth Street. Suite 450
   Sacramento, CA  95814
4  Telephone: (916) 441-0824

5  Attorneys for Defendant
   KIENG PHAT LIENG
6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:06-CR-0356 FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TERMINATING PRETRIAL SUPERVISION |
| vs. | |
| KIENG PHAT LIENG, | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED by Kieng Phat Lieng, through his counsel Clyde M. Blackmon, and by the United States of America, through its counsel Assistant U.S. Attorney Michael Beckwith, that Mr. Lieng's supervision by Pretrial Services by terminated.

　　　Mr. Lieng was indicted in August of 2006 on charges of conspiracy to manufacture and manufacturing of marijuana.  He has been on pretrial supervision since that time without any violation of the conditions of his release from custody.  On October 9, 2007, Mr. Lieng pled guilty to manufacturing at least 1,000 marijuana plants.

　　　Imposition of judgment and sentence in the case has been continued numerous times to permit the development of

1  information relevant to the Court's sentencing decision.  Mr.
2  Lieng's sentencing is now set for May 24, 2010, at 10:00 a.m.
3  The parties anticipate that sentence will be imposed on Mr.
4  Lieng on that date.
5       However, Pretrial Services Officer Darryl Walker has
6  requested that Mr. Lieng's pretrial supervision be terminated at
7  this time due to special circumstances involved in Lieng's
8  situation.  Therefore, the parties request that pretrial
9  supervision be terminated.
10
11 IT IS SO STIPULATED.
12 DATED:    April 15, 2010
13                                    By: //s// Clyde M. Blackmon_for
14                                        Michael Beckwith
                                          Assistant U.S. Attorney
15
16 DATED:    April 15, 2010
17                                    By: _//s// Clyde M. Blackmon___
                                          Clyde M. Blackmon
18                                        Attorney for Defendant
                                          KIENG PHAT LIENG
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pretrial supervision of defendant Kieng Phat Lieng in case number CR. S-06-00356 FCD is hereby terminated.

IT IS SO ORDERED.

DATED: April 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE