```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
KIENG PHAT LIENG
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>KIENG PHAT LIENG,<br>           Defendant. | Case No.: 2:06-CR-0356FCD<br><br>STIPULATION AND ORDER<br>CONTINUING JUDGMENT<br>AND SENTENCING<br><br>Date:  May 24, 2010<br>Time:  10:00 A.M.<br>Judge: Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED by Kieng Phat Lieng, through his counsel Clyde M. Blackmon, and by the United States of America, through its counsel Assistant U.S. Attorney Michael Beckwith, that the imposition of judgment and sentence in this matter which is now scheduled for 10:00 a.m. on May 24, 2010, be continued to June 1, 2010, at 10:00 a.m.

   Mr. Lieng entered his guilty plea on October 9, 2007, and sentencing has been continued numerous times in order to develop information relevant to the Court's sentencing decision.  The parties had expected that imposition of judgment and sentence

1  would go forward on May 24, 2010, however, counsel for Mr. Lieng
2  is involved in a state court matter which requires his
3  appearance in the Sacramento County Superior Court on the
4  morning of May 24, 2010.  For that reason the parties are
5  requesting a final brief continuance in Mr. Lieng's case to June
6  1, 2010.
7       Therefore, the parties request that the matter be continued
8  on the Court's calendar from May 24, 2010, to June 1, 2010, at
9  10:00 a.m.
10 IT IS SO STIPULATED.
11 DATED:    May 20, 2010         By:  _//s// Clyde M. Blackmon_for
                                        Michael Beckwith
12                                      Assistant U.S. Attorney
13
14 DATED:    May 20, 2010         By:  _//s// Clyde M. Blackmon___
                                        Clyde M. Blackmon
15                                      Attorney for Defendant
                                        KIENG PHAT LIENG
16
17
                                **ORDER**
18
19     Imposition of judgment and sentence in case number CR. S-
20 06-00356 FCD, currently set for May 24, 2010, is continued to
21 June 1, 2010, at 10:00 a.m.
22 IT IS SO ORDERED.
23
24 DATED:  May 20, 2010           _____
                                    FRANK C. DAMRELL, JR.
25                                  UNITED STATES DISTRICT JUDGE
26
27
28

STIPULATION AND ORDER CONTINUING JUDGMENT
AND SENTENCING