```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
KIENG PHAT LIENG
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:06-CR-0356 FCD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| KIENG PHAT LIENG, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by Kieng Phat Lieng, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant U.S. Attorney Michael Beckwith, that the date, September 24, 2010, for Mr. Lieng to report to a Bureau of Prisons facility to commence serving the sentence previously imposed upon him be cancelled and that the Court issue a new Order directing him to report to the Bureau of Prisons on September 29, 2010.

    On August 23, 2010, Mr. Lieng was sentenced to a term of 48 months in the custody of the Bureau of Prisons.  The Court ordered that he be allowed to surrender to his designated Bureau

1  of Prisons facility before 2:00 p.m. on September 24, 2010.  The
2  Bureau of Prisons has designated the Darby Correctional
3  Institution, Post, Texas as the facility to which he should
4  surrender.
5       Mr. Lieng has received a subpoena to testify in a matter
6  pending in the Sacramento County Superior Court.  That subpoena
7  requires his appearance in court on September 28, 2010.
8  Therefore, the parties request that the date for Mr. Lieng to
9  report to the Darby Correctional Institution be extended from
10 September 24, 2010, to September 29, 2010, before 2:00 p.m.
11 IT IS SO STIPULATED.
12
13 DATED:  September 10, 2010      By:  //s// Clyde M. Blackmon for
                                        Michael Beckwith
14                                      Assistant U.S. Attorney
15
16 DATED:  September 10, 2010      By:  _//s// Clyde M. Blackmon___
                                        Clyde M. Blackmon
17                                      Attorney for Defendant
                                        KIENG PHAT LIENG
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the order previously issued which required Kieng Phat Lieng to report to a Bureau of Prisons facility on September 24, 2010, is cancelled and Kieng Phat Lieng is now ordered to report before 2:00 p.m. on September 29, 2010, to the Darby Correctional Institution, 805 North Avenue F, Post, Texas.

**IT IS SO ORDERED.**

DATED: September 13, 2010        _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE