```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
KIENG PHAT LIENG
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KIENG PHAT LIENG,<br>　　　　　Defendant. | Case No.: 2:06-CR-0356 FCD<br><br>**AMENDED** STIPULATION AND ORDER |
|---|---|

　　　IT IS HEREBY STIPULATED by Kieng Phat Lieng, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel  Assistant U. S. Attorney Michael Beckwith, that the Court's Order issued on September 13, 2010, extending the time for Mr. Lieng to report to the Darby Correctional Institution, Post, Texas, from September 24, 2010, to September 29, 2010, be amended so that he is now directed to report to that facility before 2:00 p.m. on  October 29, 2010.

　　　The Court's September 13, 2010, Order was based on a misunderstanding that Mr. Lieng had been subpoenaed to appear in the Sacramento County Superior Court on September 28, 2010. Counsel for Mr. Lieng now understands that the subpoena requires

1  him to appear on October 28 rather than September 28.
2  Therefore, it is necessary that the Court's Order be amended to
3  require Mr. Lieng to report to the Darby Correctional
4  Institution, Post, Texas before 2:00 p.m. on October 29, 2010.

**IT IS SO STIPULATED**

```
DATED:   September 20, 2010    By:  //s// Clyde M. Blackmon_for
                                    Michael Beckwith
                                    Assistant U.S. Attorney


DATED:   September 20, 2010    By: _//s// Clyde M. Blackmon___
                                    Clyde M. Blackmon
                                    Attorney for Defendant
                                    KIENG PHAT LIENG
```

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the order previously issued which required Kieng Phat Lieng to report to a Bureau of Prisons facility on September 29, 2010, is amended and Kieng Phat Lieng is now ordered to report before 2:00 p.m. on October 29, 2010, to the Darby Correctional Institution, 805 North Avenue F, Post, Texas.

**IT IS SO ORDERED.**

DATED: September 20, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE