BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
813 Sixth Street. Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
KIENG PHAT LIENG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>KIENG PHAT LIENG,<br>         Defendant. | Case No.: 2:06-CR-0356 FCD<br><br>STIPULATION AND ORDER |
|---|---|

   IT IS HEREBY STIPULATED by Kieng Phat Lieng, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant U. S. Attorney Michael Beckwith, that the time for Mr. Lieng to self surrender to the Darby Correctional Institution in Post, Texas be extended from October 29, 2010, to November 29, 2010, before 2:00 p.m.

   On August 23, 2010, Mr. Lieng was sentenced to a term of 48 months in the custody of the Bureau of Prisons.  At that time the Court ordered that Mr. Lieng be permitted to self surrender to the designated Bureau of Prisons facility on September 24, 2010.  Subsequently, due to the necessity that Mr. Lieng testify in a matter pending in the Sacramento County Superior Court, the

1 parties stipulated to an extension of Mr. Lieng's surrender date
2 to October 29, 2010, and the Court issued an order to that
3 effect.  At the time of that stipulation the parties understood
4 that Mr. Lieng had been subpoenaed to testify on October 28,
5 2010, and it was thought that he could complete his testimony in
6 one day so that he could then report to the Bureau of Prisons
7 facility on the following day.  However, the parties now
8 understand that the state court trial is scheduled to commence
9 on October 28 and that Mr. Lieng will not be called as a witness
10 until sometime after that date.  It is expected that the state
11 trial will extend over two to three weeks.
12     The Bureau of Prisons has designated the Darby Correctional
13 Institution, Post, Texas as the facility in which Mr. Lieng will
14 be confined.  Because Mr. Lieng will not be called as a witness
15 until sometime after October 29, his currently required
16 surrender date, the parties request that the Court extend his
17 time to report to that facility to November 29, 2010, before
18 2:00 p.m.
19
20 **IT IS SO STIPULATED**
21
22 DATED:   October 26, 2010        By:   //s// Clyde M. Blackmon_for
                                         Michael Beckwith
23                                       Assistant U.S. Attorney
24
25 DATED:   October 26, 2010        By:   //s// Clyde M. Blackmon___
                                         Clyde M. Blackmon
26                                       Attorney for Defendant
                                         KIENG PHAT LIENG
27
28

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for Kieng Phat Lieng to self surrender to the Darby Correctional Institution, 805 North Avenue F, Post, Texas be extended from October 29, 2010 to November 29, 2010, before 2:00 p.m.

**IT IS SO ORDERED.**

DATED: October 27, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION AND ORDER