BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
KIENG PHAT LIENG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-06-CR-0356 FCD |
| Plaintiff, | ORDER FOR EXONERATION OF BOND DIRECTING THE CLERK TO EXECUTE RECONVEYANCE |
| vs. | |
| KIENG PHAT LIENG | |
| Defendant. | |

    Defendant Kieng Phat Lieng, through his counsel Blackmon & Associates, applies for an order exonerating the appearance bond in his case and directing the Clerk of the Court to execute a reconveyance of the real property which was posted as security for the bond.

    Mr. Lieng was released on bond and executed an appearance bond secured by real property located in Sacramento County, California commonly known as 7487 50th Avenue, Sacramento, CA 95828.  A legal description of the property is attached.  A deed of trust pertaining to the property was executed in favor of the Clerk of the United States District Court for the Eastern

ORDER FOR EXONERATION
OF BOND DIRECTING THE CLERK TO EXECUTE RECONVEYANCE

1  District of California and recorded in the official records of
2  Sacramento County on September 8, 2006.
3       Mr. Lieng was sentenced to a term of imprisonment of 48
4  months on August 23, 2010. Mr. Lieng requests the Court to order
5  the bond exonerated and direct the Clerk of the Court to execute
6  a reconveyance of the real property and cash bail posted as
7  security.
8  DATED:     December 8, 2010     BLACKMON & ASSOCIATES
9
10                              By: _//s// Clyde M. Blackmon_
11                                  CLYDE M. BLACKMON
                                    Attorney for Defendant
12                                  KIENG PHAT LIENG
13
14
15
16
17
18  / / /
19  / / /
20  / / /
21
22
23
24
25
26
27
28

ORDER FOR EXONERATION
OF BOND DIRECTING THE CLERK TO EXECUTE RECONVEYANCE

1

2

**ORDER**

3      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the bond in

4 this case is exonerated and the Clerk of the Court shall execute

5 a reconveyance of the real property and cash bail that secured

6 the bond.  The clerk shall mail the reconveyance to:

7      Donne Phat Lieng (real property) 7487 50th Avenue,

8 Sacramento, California, 95828

9

10 DATED: December 9, 2010

11

12                                    _____
                                   FRANK C. DAMRELL, JR.

13                                   UNITED STATES DISTRICT JUDGE

14

15

16                              **LEGAL DESCRIPTION**

17      Lot 48, as shown on the "Plat of Florin Vista Unit No. 1",

18 filed September 25, 1981 in Book 147 of Maps, Map No. 16,

19 Sacramento County Records.

20 APN No: 040-0230-060-0000

21

22

23

24

25

26

27

28

ORDER FOR EXONERATION
OF BOND DIRECTING THE CLERK TO EXECUTE RECONVEYANCE